NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

SEP 25 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-2436 |
| Plaintiff - Appellee, | D.C. No. 4:21-cr-01400-JAS-JR-1 |
| v. | |
| ELIDIO MEZA-MORAS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Soto, District Judge, Presiding

Submitted September 17, 2024**

Before:    WARDLAW, BADE, and H.A. THOMAS, Circuit Judges.

Elidio Meza-Moras appeals from the district court's judgment and

challenges the revocation of supervised release and eight-month sentence imposed

upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Meza-

Moras's counsel has filed a brief stating that there are no grounds for relief, along

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record.  We have provided Meza-Moras the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**